# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

JUAN CARLOS LUJANO-MERCADO,

Petitioner,

v.

WARDEN DESERT VIEW FACILITY, *et al.*,

Respondent.

Case No. 5:26-cv-03756-SSS-ACCV

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the parties' briefing, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED: (1) Judgment be entered granting the Petition, in part, as to Claim Two; (2) Claims One, Three, and Four are denied as moot in light of the relief granted as to Claim One; (3) a writ of habeas corpus is issued requiring Respondents to immediately release Petitioner, JUAN CARLOS LUJANO-MERCADO (A# 240 274 527), from immigration detention on the parole conditions

///

///

///

previously imposed within 24 hours following this order; and (4) Respondents must file a status report within two court days following this order confirming their compliance with this order.

DATED: July 31, 2026

HON. SUNSHINE SUZANNE SYKES
United States District Judge

2