JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUAN CARLOS LUJANO-MERCADO,<br>Petitioner,<br>v.<br>WARDEN DESERT VIEW FACILITY, *et al.*,<br>Respondents. | Case No. 5:26-cv-03756-SSS-ACCV<br>**JUDGMENT** |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the petition under 28 U.S.C. § 2241 is granted, with no further proceedings, consistent with the reasons and findings set forth in the July 29, 2026 Report and Recommendation of United States Magistrate Judge.

DATED: July 31, 2026

HON. SUNSHINE SUZANNE SYKES
United States District Judge